IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MICHELE CONNEL,

           Plaintiff,

vs.                                          Case No. 20-2348-SAC

LEAVENWORTH COUNTY,
Board of Commissioners and
JANICE VAN PARYS, Et al.

           Defendant.

## ORDER

The court was advised by the parties, on February 11, 2021, per the filing of the ADR Report (Doc. 20) that this case has been settled. Closing documents shall be filed by the parties on or before March 22, 2021.  If closing documents are not filed, the court shall order dismissal with prejudice of this action without further notice. Within 60 days of the dismissal order, either party may petition to have case reinstated after showing good cause as to why settlement was not in fact consummated.

**IT IS SO ORDERED** this 18th day of February 2021.

                                        s/Sam A. Crow
                                        SAM A. CROW
                                        U.S. DISTRICT SENIOR JUDGE