## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS
## AT KANSAS CITY

| | |
|---|---|
| MICHELE CONNEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:20-cv-2348-SAC-TJJ |
| | ) |
| LEAVENWORTH COUNTY BOARD | ) |
| OF COUNTY COMMISSIONERS, and | ) |
| JANICE VAN PARYS | ) |
| | ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Michele Connel and Defendants Leavenworth County Board of County Commissioners and Janice Van Parys hereby stipulate to the dismissal of the above captioned case in its entirety, with prejudice, each party to bear their own costs and attorney's fees.

Dated: February 19, 2021

Respectfully submitted,

/s/ Michael Stipetich
Michael Stipetich, KS #21453
SMITH MOHLMAN INJURY LAW, LLC
701 East 63rd Street, 3rd Floor
Kansas City, MO  64110
Telephone: (816) 866-7711
Facsimile: (816) 866-7715
stip@accidentlawkc.com
**ATTORNEY FOR PLAINTIFF**

/s/ Andrew D. Holder
Andrew D. Holder, #25456
FISHER, PATTERSON, SAYLER & SMITH, LLP
51 Corporate Woods, Suite 300
9393 W. 110th Street
Overland Park, KS 66210
(913) 339-6757; Fax (913) 339-6187
aholder@fpsslaw.com
**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

      I hereby certify that on the 19th day of February, 2021, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which sent notice to all counsel of record.

/s/Michael Stipetich
**ATTORNEY FOR PLANTIFF**